# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re: )
  Lloyd Edward Graham ) BK-04-20079 BAM
 ) Chapter 7
 )
 ) Hearing Date: N/A
           Debtor      ) Hearing Time: N/A

## DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS

The request for payment of Unclaimed Funds that was submitted by The Financial Resources Group Inc. c/o Bank of America has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

```
____  $26.00 File search fee.
  X   Motion to Payment of Unclaimed Funds.
____  Limited power of attorney or assignment.
____  Affidavit for reimbursement.
____  Affidavit of service to the U.S. Attorney
____  Fee agreement required by local rule 3011(a)(1)(B)
____  Supporting documentation required (see comments)
____  Photocopy of current identification
____  Address does not match on notice of unclaimed funds.
____  Fees have been paid out previously on schedule #_____
____  Other _____
```

Comments: Everything is missing except the motion.

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 388-6257 or Financial@nvb.uscourts.gov

Date:   11/9/2009

                                           Deputy Clerk

## CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to the submitting parties listed above, on 11/10/2009 by KMM.

Updated 11/09